# IN THE SUPREME COURT OF THE STATE OF NEVADA

AVRAHAM DANINO,
                    Appellant,
          vs.
ARIA RESORT & CASINO HOLDINGS, LLC,
                    Respondent.

No. 82717

**FILED**

JUL 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting in part a motion for summary judgment. Eighth Judicial District Court, Clark County; Veronica Barisich, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The notice of appeal was untimely filed more than 30 days after service of written notice of entry of the challenged order. *See* NRAP 4(a)(1); NRAP 26(c); NRAP 6(d). The order granting in part the motion for summary judgment was entered by the district court on January 13, 2021. Written notice of entry of the order was served on appellant by mail, to his address is Israel, on January 22, 2021. The notice of appeal, however, was not filed in the district court until March 18, 2021, well after expiration of the 30-day appeal period established by NRAP 4(a). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

21-19058

cc:    Hon. Veronica Barisich, District Judge
       Avraham Danino
       Sklar Williams LLP
       Eighth District Court Clerk